**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 25 B 11130 |
| | ) | |
| KENNETH R. DEHEVE, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

**NOTICE OF DEFAULT WITH REGARD TO MARCH 13, 2026
AGREED ORDER CONDITIONING STAY**

VIA ELECTRONIC NOTICE
To: Glenn B. Stearns (Trustee), 801 Warrenville Road, Suite 650, Lisle, Illinois 60532
David H. Cutler (Debtor's Counsel), Cutler & Associates, Ltd., 4131 Main Street, Skokie, Illinois 60076

VIA U.S. MAIL:
To: Kenneth R. Deheve (Debtor), 5850 Forest View Road, Unit B, Lisle, Illinois 60532

Re: CONSUMER PORTFOLIO SERVICES, INC.
2016 Jeep Patriot, Vin: 1C4NJPFAXGD561613

Please be advised that KENNETH R. DEHEVE ("Debtor") has failed to maintain direct monthly payments to CONSUMER PORTFOLIO SERVICES, INC. ("CPS") for the above referenced motor vehicle as required under 11 U.S.C. §362 and the agreement with CPS as set forth in the March 13, 2026 Agreed Order Conditioning the Automatic Stay. Debtor must cure the delinquency and provide proof of the cure to the undersigned and Debtor's counsel within fourteen (14) days from the date of this Notice.

**IF DEBTOR FAILS TO PROVIDE PROOF THAT DIRECT PAYMENTS TO CPS ARE CURRENT WITHIN FOURTEEN (14) DAYS, THE AUTOMATIC STAY WILL TERMINATE UPON THE FILING OF A NOTICE OF TERMINATION AND CPS MAY PURSUE ITS NONBANKRUPTCY REMEDIES WITH RESPECT TO THE ABOVE-IDENTIFIED VEHICLE**

Respectfully submitted,

CONSUMER PORTFOLIO SERVICES, INC.,
Creditor,

By: ___/s/ Cari A. Kauffman________
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)
bankruptcy@sormanfrankel.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Default upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on November 24, 2026, before the hour of 5:00 p.m.

___/s/ Cari A. Kauffman___